■ SOMERS STAINED GLASS CORP., Appellant, v SOMERS DESIGNS INC., Respondent. [715 NYS2d 910] —In an action, *inter alia,* to recover damages for unfair competition, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Gerard, J.), entered November 5, 1999, which denied its motion for a preliminary injunction.

Ordered that the order is affirmed, with costs.

To prevail on a motion for a preliminary injunction, a movant must demonstrate: (1) a likelihood of success on the merits, (2) irreparable injury absent the granting of the preliminary injunction, and (3) a balancing of the equities in its favor (*see, Skaggs-Walsh, Inc. v Chmiel,* 224 AD2d 680, 681; *Family Affair Haircutters v Detling,* 110 AD2d 745, 747). As the plaintiff failed to demonstrate either a likelihood of success on the merits or irreparable injury, the Supreme Court properly denied its motion for a preliminary injunction. Bracken, J. P., Thompson, Sullivan and McGinity, JJ., concur.